# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**

FEB 4 2016

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Plaintiff(s)    **Ahmaad R Cooks**

vs.

Defendant(s)    **Industrial Piping Specialists**

Case Number:    **564-2015-00960**

**16 CV - 66 JED - TLW**

## COMPLAINT - EEOC

Comes now the Plaintiff, **Ahmaad R Cooks** and for his/her

claim against the Defendant(s), **Industrial Piping Specialist**

states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) **African American** **Male** who resides at
   (Race)                    (Sex)
   **123 E Boulevard St. Shreveport LA 71104**
   (Complete address)

3. The Defendant **Industrial Piping Specialists** is an employer,
   employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   **606 N. 145th E. Ave , Tulsa , OK**

   | ✓ Mail | No Cert Svc | ✓ No Orig Sign |
   |---|---|---|
   | C/J | C/MJ | ✓ C/Ret'd | No Env |
   | No Cpy's | No Env/Cpy's | O/J | O/M |

   *(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant **Mike Dieterle** is an employer,
   employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   **606 N. 145th E. Ave , Tulsa , OK , 74158**

3b. The Defendant **Jeff Smith** is an employer,
   employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   **606 N. 145th E Ave , Tulsa , OK , 74158**

3c. The Defendant **James Hamilton** is an employer,
   employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   **606 N 145th E Ave , Tulsa , OK, 74158**

3d. The Defendant **Chad Sparks** is an employer,
   employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

606 N 145th E. Ave , Tulsa , OK, 74158

3e. The Defendant _Chris Crawford_ is an employer,

employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

606 N 145th E. Ave Tulsa , OK, 74158

3f. The Defendant _____ is an employer,

employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

4. On or about _01/26_ , _2015_ , defendant(s)
     (Month/day)        (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

_Harassment in employment , discharge from employment , none promotion and hostile work environment_

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

_Race / color , Retaliation_

5. Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) _reparations for trauma and debt I have through this experience from IPS_

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

_____
Signature

123 E Boulevard St
Address

Shreveport      LA   71104
City                    State   ZIP

(318) 516-0098
Telephone

**James Hamilton**

To whom it may concern,

As of January 26, 2015 Ahmaad Cooks is no longer an employee at Industrial Piping Specialists.

Thanks,

JAMES HAMILTON
CORPORATE WAREHOUSE MANAGER
INDUSTRIAL PIPING SPECIALISTS
(918) 437-9100

RECEIVED

FEB 1 3 2015

OKDHS Tulsa 72b
Reception

1

# Summary of Facts About the Facts

**1.** IPS Anti Harassment Policy

Employees who engage in harassing behavior will be subject to immediate and severe disciplinary action, up to including termination

A  42:06 of video
B  01:31:42 of video
C  01:32:17 of video
D  01:36:10 of video
E  01:37:07 of video

**2.** Chris Crawford was the only supervisor in the warehouse during the night shift during the period in question. In his Complaint, Complainant identifies Jeff Smith and Mike Dieterle.

A  Chris Crawford is a crew leader not a supervisor the supervisor on night shift is Chad Sparks who was for some reason omitted through out the entire report and was present the night of the April, 2014 forklift incident and the night James Roark and an exemployee back a couple

months later. Even heard they called Mr. Sparks and got permission to come to IPS of that night from coworkers. I myself was an eye witness in front of Mr. Sparks office while he sat and had no interference of the incident also in my written report and video.

3.  The Complainant was not promoted because initially, there were no job openings for Pipe Cutters, and when one became open, Complainant failed to perform at the levels required for that position. When a pipe cutting job became availabe the position was filled by an African-American employee who was better qualified.

A   That African American employee was the last individual that was put in front of me also the individual I was referring to in the video and I trained him as I got put back as a helper even in Jeff Smith's words to catch his mistakes.

Even Jeff acknowledged how my work performance was through out the video even saying they burned me for not promoting me to a perminant pipe cutter we even had a individual quit at a shifts begining I took his place until they hired a temp with no saw experience and I was placed as his helper. When they needed me I was well qualified until they could replace me. In fact that individual that quit was placed in front of me. If the case of the African American was true what about all the other times this including James Roark. And about my training even Jeff confirms it was substandard but yet nothing never came back not by me anyway as far as job others or wrong pipe sent to customers and I had more than enough cuts to make that mistake. Did I have mistakes yes but like Jeff said a heat number here and there but it been a while but I didn't cost IPS any money for a major mistake ever.

4.    Workplace Safety Incident Involving
      Complainant

   A.    First off I never mentioned
      Mattie as a supervisor is my written
      report or my video and what would be
      the purpose. The only reason I see
      allegations of me saying certain
      indiviuals were supervisors (J. Roark) or
      certain supervisors were at places they
      were not suppose to be (J. Smith, M. Dieterle)
      is to is to make it seems I'm putting
      lower ranking indiviuals in a higher
      spot in order to blame the harassment
      on a person with a high title and to me
      look like I'm over exaggerating my
      situations I went through at IPS and
      more so to deviate the attention
      away from my actual supervisors and their
      false reports.

   B.    The reporting of the incident wasn't
      immediately reported but it was reported
      before our next scheduled break

which would be our lunch break
at 9:00pm and the weather wasn't hot
enough to take a 6:15 heat break I was
already working with Chris before
lunch. The reason it wasn't reported
by me is I was in a state of shock even
after the incident took place. I just
sat on the forklift for minutes not only
thinking about the present event at
the time but past ones. After our
separation and I was put on Chris's saw
I told him what happend about an hour -
hour and a half after I finally got my head
and thought together around 6:30pm - 7:30pm.
why he didn't report it to Chad Sparks is
beyond me.
No Mattie and I didn't get alone besides
other events (talked about with C. Crawford
on the video) he could have killed me
so we were separated not sent home.
I was sent home at 1:00am an hour before
our shift ends because after all I went
through I finally snapped I didn't do
anything to Mattie or anyone that was
my breaking point I took it long enough.

So I left went home a couple of hours
and went to my next job. After working
my shift I went to IPS around 11:00am -
11:30 when I got their I seen Jeff Smith
running toward me when they seen me
I figured they knew because of the
urgency. Once we sat down to talk about
the issue all they knew is I got upset
they didn't know about the involvement
of the forklift until after I told them
and I don't understand cause I told
Chris every detail but he wasn't suspended
or as far as I know talked to about not reporting
all details but I almost got killed and I got
suspended after I reported unknown facts
that should have been reported by C. Crawford.

4 II   In the report it states C. Crawford and
I had conversed with me on numerous
occasions concerning my work performance.
After coming back from my suspension
they say we talked about the incident
and my work performance why would
we talk about my work performance
after I almost getting killed.

And its funny after talking to Chris which racial conversations did come up and I know as well as Mike he talked to them before the Oct 16th meeting I as well as other employees had to sign an anti harassment policy which I learned from other employees they never had to sign before the hire date so why now. The reason it never came up about racial harassment in my videos because every time it did come up it seemed to be a problem so I became careful no to bring the issue up until I brought It up again on Jan 22, 2015 which four days later I was let go.

# Conclusion

My evidence shows the frabrication of the EEOC report which has numerous untrue facts and statements. I went through life changing ordeals on several occasions because of the color of my skin and because I spoke up on it eventually being laid off to get rid of a man not following the code I did every task that my supervisors asked of me even while dealing with the harassment from other employees and for the most part holding my cool in some very distressful situations even almost getting killed, cursed and yelled at by my supervisor, and had to sit back and watch my supervisors neglect many situation. If you look at the video what chance did I really have when they treated the way they did I will never forget my ordeal at IPS if this isnt in any form or fashion discrimination what is.

# Video Transcript

## Flash drive contents

| | |
|---|---|
| Video 1 | Chris Crawford 1 |
| Video 2 | Jeff Smith 1 |
| Video 3 | Jeff Smith 2 |
| Video 4 | Co-worker on Chris Crawford comment |
| Video 5 | Co-worker on Chad Sparks 1 |
| Video 6 | Co-worker on Chad Sparks 2 |
| | |
| Video 7 | Co-worker on Chad Sparks 3 |
| Video 8 | Me & co-worker Mixed up numbers |
| Video 9 | Coworker on how shift before leaves me work |
| Video 10 | One day unpaid |
| Video 11 | Chris Crawford 2 |
| | |
| Picture | Forklift that James Roark used April 2014 |
| Video 12 | Mike Dieterle 1 Nov 19, 2014 |
| Video 13 | Mike Dieterle 2 Jan 22 2015 |

# Jeff Smith          #1

| | |
|---|---|
| 01:26 | I'm not here |
| 02:09 | Three reasons I got mad-"Jeff" agrees |
| 02:26 | (Me) April 2014 Incident involving James "Mattie" Roark - Chris called "Chad Sparks" Chad didn't I don't know whats gone happen tonight |
| 03:13 | All I see from you is hard work |
| 04:07 | I know you get numbers out but made the move on the saw not to get numbers out but to catch the mistakes of a new saw operator |
| 08:40 | I know it would hard for you to take my word we already messed up |
| 08:58 | (Me) I've been passed up like five times Jeff |
| 09:05 | He is talking about two African American employees |
| 09:30 | I'm not here to see it but work on your attidude |
| 10:34 | I watch you work till you fall out |
| 12:00 | Tells me to work on my paper work but nothing never came back as far as sending a customer the wrong order, length, or pieces then try to say it was staging it may been a while |

Jeff Smith          #2

28:57   (Me) That wasn't a pleasant meeting
(Referring to Oct 16, 2014 seconds
after signing EO policy)

36:50   I notice you quiet and you have the
right to be you probly thinking about
a lot of things

37:14   The attidude they said you had
prove them wrong

38:20   As supervisors we make mistakes as
well. (Referring to my promotion advances)
But five times

40:08-40:11   I can't really tell you not to worry
about it - I can't say take my word
for it because we have burned you
not saying we done you wrong but we
not followed with things we should
have (Referring to my promotion
advances)

41:53   You have a great attitude

42:01   You never not did anything we ask you
to do

# Jeff Smith      #3

42:06   I cant promise we gone do anything about them (Referring to other coworkers false accusations towards me)

43:10 –
43:16   We can do better with getting both sides of the story thats the only thing we can work on from this point foward we cant do anything about the past

43:38   Man why did he almost run Ahmaad over (Referring to James "Mattie" Roark)

43:47   From what this person said (Referring to Chris Crawford) at the time Jeff had no indication that I knew it was Chris Crawford that gave the false allegations days prior to the Oct 16, 2014 meeting

44:54 *   (Me) Even Mr. Mike said he would have put him (James "Mattie" Roark) in the hospital

# #1   Chris Crawford

47:47 *   If some one ask has Ahmaad been
down here bitching I'm gone tell
them flat out no he hasn't

51:36   It all came down on "Chad." (Referring
to Chad Sparks the only supervisor
that works nights and the only supervisor
present when James "Mattie" Roark
and ex employee at the time of this
incident after the April fork lift
incident Shane last name unknown
came up to IPS between 11:00pm to
12:30am and the only supervisor on
duty the night in April not Jeff Smith
nor Mike Dieterle as stated on the
EEOC report and Mr. Sparks was never
named in the report.

1:14:20 –   Prove them wrong (Chris referring to
1:14:29   like Jeff my attitude) Show them a
happy Ahmaad

1:14:41 *   They know I aint gone lie
(Referring to my attitude he lied
about)

1:20:30   (Me) Referring to Oct 16, 2014 meeting

## #2      Chris Crawford

1:24    Conversation about Josh
who trained me my last training
session on the saw with Chris
Crawford on Josh lying about
my performance on the saw
and the connection he refers to
the Good old boy network.

#1      Mike Dieterle

November 19, 2014

On Nov 19, 2014 I took a couple
vacation days Monday Nov 17 and
Tueday Nov 18 of 2014 that were
approved by Mike Dieterle on
Friday Nov 14, 2014. On Nov 18, 2014
I got a call from two coworker
stating my name wasn't of the
vacation calendar with all that was
occurring at time it made me
nervous about what was going to
happend next me and coworkers
even had a conversation about it.
After the Oct 16th meeting and how
Mike Dieterle's behavior toward me
was I decide I better be prepared
in case another episode occurs also
during that meeting Jeff Smith
statements at 34:34 "When we came in
that meeting our intentions were never
if he does this we gone walk him out.

34:43 to 36:39
✱ Better volume on USB drive ✱

# Mike Dieterle

## January 22 2015

Before the recording of this video
I went to Mike Dieterle to tell
him what me and a coworker witness
from Chris Crawford in an attempt
to tell them more falsifed information
on me so with the James Roark
situation on my mind I decided
I may need to act first instead of
me going through another Oct, 16th
predicament but tell everything
on how I felt about all I was
going through including how I felt
my feeling on how I think it was a
race situation going on against me.
Like on a couple of occasions when
I relied on my chain of command a
few minutes in it seemed like I went
from the victim to being the problem.
As you in this portion of the video
the fact I brought up race never
came back up and very little
about what I was trying to consult

with him about like any other time
I tried to consult about anything
they always talked over me at the
end telling me not to worry about
anything. Four days later on Jan 26, 2015
I was the only employee laidoff
and they didn't layoff any others
for months.

✱     Better volume on flash drive

Nov 22, 2015 Mike Dieterle        #1

01:31:42  So for you to sit here and think Chris is gonna come up here and say stuff about you "Again" Kind of hurt my feelings

01:32:17  You can warn me all you want but until I hear it come out his mouth I don't I don't hear this

01:32:30  (Me) I don't want to get dragged in the office again. (Referring to the Oct 16, 2014 meeting)

01:33:25  (Coworker) I wouldn't be surprised if Ahmaad has a job by the end of the day) (Referring to Oct 16 2014)

01:34:10  I'm not gone listen to him or Chris talk about some one unless they are here. (They did it with me on numerous occasions)

01:35:32 to 01:35:40  If Chris brings your name up bet your ass I'm gone to come get you and you gonna sit right here and defend yourself trust me I'm not bashful about that anymore. (Just like Jeff he refers in getting one side of the story)

Nov 22, 2015   Mike Dieterle   #2

01:36:10 | Usually I hear one side of the story and I make my decision on that person (Got to ask yourself how many times has that occurred and with whom)

01:37:07 | (Me) I guess I'm going off past experience I guess I am paranoid
(Mike) You have good reason to be
(Me) This not the first or second time some body came and told yall stuff
(Mike) Definition of the right to work act referring to the day of James Roark and the forklift incident
* (All I did was hold on to a forklift with one are so I wouldn't die so how am I involved I just wanted to live)

01:37:56 | You need to hold your head up we
01:38:08 | could have gotten rid of you as well your both involved

01:38:47 | If you wanna go back to that day (Referring to James Roark and forklift incident) * Mike brought up the incident not me

Nov 22, 2015  Mike Dieterle  #3

01:40:45  If your doing your job the best
way you know how I don't give a
f___ what Chris says I don't give
a f___ what anybody says their
gonna have to prove it before I
condemned anybody thats how I've
been thats how I've always been.

✱  (Look at statement at 01:36:10 of
video)

01:42:36  I haven't heard anything bad about
Ahmaad since Mat (James Roark)

01:43:53  (Me) I've been doing everything right
to 01:44:04 (Mike) Oh I know I'm just saying
(Me) I got to be paranoid
(Mike) Be paranoid

01:44:15  (Me) Same confrontation as last time
(I'm referring to Oct 16, 2014 meeting
seconds after signing the EO policy
and a day or two after Chris Crawford
spoke with Mike and Jeff

Bubble Mailer
10 1/2" x 16"

FROM:

Ahmad R Cooks
123 E Boulevard St
Shreveport, LA 71104



PRIORITY
MAIL ®
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R, January 2008



TO:

US District Court
333 W 4th St Room 411
Tulsa, OK 74103

RECEIVED
FEB 4 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

ReadyPost



postmark
2/2/16
8C



UNITED STATES
POSTAL SERVICE ®                                    Retail

P          US POSTAGE PAID
           $6.70

Origin: 71104
Destination: 74103
4.40 oz.
Feb 02, 16
2179530594-10                            1006

PRIORITY MAIL® 2-DAY

Expected Delivery Day: 02/04/16

USPS TRACKING NUMBER



9505 5111 5290 6033 5903 57