**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AHMAAD R. COOKS, | ) |
|       **Plaintiff,** | ) |
| | ) Case No. 16-CV-66-JED-TLW |
| v. | ) |
| | ) |
| (1) INDUSTRIAL PIPING | ) |
|     SPECIALISTS, INC.; | ) |
| (2) MIKE DIETERLE; | ) |
| (3) JEFF SMITH; | ) |
| (4) JAMES HAMILTON; | ) |
| (5) CHAD SPARKS; and | ) |
| (6) CHRIS CRAWFORD | ) |
| | ) |
|       **Defendants.** | ) |

**JUDGMENT OF DISMISSAL**

Pursuant to the Court's Order granting the Motion to Dismiss of Defendants Mike Dieterle, Jeff Smith, James Hamilton, Chad Sparks, and Chris Crawford, without Prejudice, plaintiff's complaint (Doc. 1) is **dismissed without prejudice**. This is a final order terminating the case. Each party shall bear their own costs.

    **SO ORDERED** this 19th day of January, 2017.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE
